W. J. WHITTEKIND *et ux., Appellees,* v. THE CHICAGO
LUMBER COMPANY, *Appellant.*

No. 16,034.

Appeal from Shawnee district court; ALSTON W.
DANA, judge. Opinion filed December 11, 1909. Af-
firmed.

*F. H. Foster,* and *James E. Larimer,* for the appel-
lant.

*J. J. Schenck,* and *W. E. Atchison,* for appellee Car-
rie Whittekind.

*Per Curiam:* The question in this case is one of fact. Who
owned the property in controversy, the husband or the wife?
The facts and circumstances relied on by the defendant to prove
ownership in the husband are not, either singly or considered to-
gether, conclusive as a matter of law. Each one is merely an
item of evidence with more or less probative force. This proof
is met, first, by evidence explaining it and breaking its apparent
effectiveness, and, second, by affirmative testimony which, if be-

lieved by the trial court, established ownership in the wife. The court found for the wife. Very clearly this court can not interfere.

The judgment is affirmed.